IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY LEVI,<br><br>    Plaintiff,<br><br>v.<br><br>COMCAST HOLDINGS CORP.,<br><br>    Defendant. | No. C 13-5604 SI<br><br>**RECUSAL ORDER** |

I hereby recuse myself from hearing or determining any matters which have been assigned to me as District Judge in the above-entitled action. The Clerk of Court shall reassign this case to another District Judge.

**IT IS SO ORDERED.**

Dated: 3/18/14

SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE